19-mj-00139-KLM

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samuel Edwards, Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, depose and state under penalty of perjury that the following is true to the best of my information, knowledge and belief.

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Supervisory Detention and Deportation Officer with ICE and have held the position since August of 2016. I previously held the titles of Deportation Officer and Immigration Enforcement Agent from May of 2005 until August of 2016. I am currently station in Centennial, Colorado, at the Denver Field Office, assigned to the Violent Criminal Alien Section (VCAS). I have completed training at the Federal Law Enforcement Training Center (FLETC), in Glynco, Georgia.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrants and criminal complaints and does not set forth all my knowledge about this matter.

3.  I submit probable cause exists to believe that, on or about June 16, 2019, in the State and District of Colorado, Carlos Robert Perez-Rodriguez, Douglas Daniel Amaya-Arriaga, and Amilcar Enrique Aguilar-Hernandez did escape from the GEO Contract Detention Facility, after having been detained for immigration proceedings in violation of 18 U.S. Code § 751(a) - Prisoners in custody of institution or officer.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

*Background about Defendants*

4.  Carolos Robert Perez-Rodriguez, date of birth 07/19/2000, Alien Registration Number A201 735 930: I have reviewed a criminal history for PEREZ-RODRIGUEZ and did not locate any prior felony convictions. However, PEREZ-RODRIGUEZ is currently in administrative proceedings for a violation of 8 U.S. Code § 1325.

5.  Douglas Daniel Amaya-Arriaga, date of birth 07/22/2000, Alien Registration Number A201 735 930: I have reviewed a criminal history for AMAYA-ARRIAGA and did not locate any prior felony convictions. However, AMAYA ARRIAGA is currently in administrative proceedings for a violation of 8 U.S. Code § 1325.

6.  Amilcar Enrique Aguilar-Hernandez, date of birth 04/29/1996, Alien Registration Number A88 511 791: I have reviewed a criminal history for AMAYA-ARRIAGA and found that on August 20, 2018, he was convicted of Felony Trespass 1 – Dwelling, in violation of Colorado Revised Statute 18-4-502, and sentenced to two (2) years of probation. AGUILAR-HERNANDEZ is currently in administrative proceedings for a violation of 8 U.S. Code § 1325.

*Escape on June 16, 2019*

7.  On June 16, 2019, at approximately 12:29a.m. MST, three detainees at the Aurora, Colorado, GEO Contract Detention Facility, Carlos Robert PEREZ-RODRIGUEZ, Douglas Daniel AMAYA-ARRIAGA, and Amilcar Enrique AGUILAR-HERNANDEZ, escaped from the south building recreation yard by scaling a concrete wall and manipulating the recreation yard perimeter fence.

## CONCLUSION

8.      Based on the facts set forth above, I submit that probable cause exists to believe that, on or about June 16, 2019, in the State and District of Colorado, PEREZ-RODRIGUEZ, AMAYA-ARRIAGA, and AGUILAR-HERNANDEZ did escape from any institution or facility in which they were confined by direction of the Attorney General, or his authorized representative, after having been confined for expulsion proceedings under the immigration laws in violation of 18 U.S. Code § 751 (a).  Therefore, I respectfully request the issuance of arrest warrants and criminal complaints charging the same.

I, Samuel Edwards, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

*s/Samuel Edwards*
Samuel Edwards
SDDO ICE ERO

Submitted, attested to, and acknowledged by reliable electronic means on June 16, 2019.

Hon. KRISTEN L. MIX
United States Magistrate Judge

**Affidavit reviewed and submitted by Garreth Winstead, Assistant United States Attorney.**