IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00139-KLM-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CARLOS ROBERT PEREZ-RODRIGUEZ,
2. DOUGLAS DANIEL AMAYA-ARRIAGA, AND
3. **AMILCAR ENRIQUE AGUILAR-HERNANDEZ.**

      Defendants.

## UNOPPOSED MOTION FOR ENDS-OF JUSTICE CONTINUANCE

AMILCAR ENRIQUE AGUILAR-HERNANDEZ, by and through the Office of the Federal Public Defender, and undersigned counsel Jennifer Beck, hereby moves this Honorable Court to exclude 45 days in computing the time for speedy trial in the above case and, therefore, to grant an ends-of-justice continuance of the trial date.

As grounds therefore, the Defendant hereby states as follows:

1. On June 24, 2019, Mr. Aguilar-Hernandez was charged with one count of Escape, in violation of 18 U.S.C. § 751(a). Doc. No. 19.

2. Mr. Aguilar-Hernandez as arraigned on June 28, 2019 and entered a plea of not guilty. Doc. No. 26. Trial is set for August 12, 2019. *Id.*

3. The government's discovery disclosure deadline in this case was determined to be June 26, 2019. Doc. No. 27.

4. Counsel has received some discovery in this case, but there are significant portions of the discovery which have not yet been disclosed by the government.

Assistant United States Attorney Rajiv Mohan told undersigned counsel that he expects more discovery to be forthcoming in the next weeks. However, that does not leave undersigned counsel much time to review the discovery, let alone investigate leads based on that discovery. Additionally, undersigned counsel is already in the process of investigating defenses in this case and is waiting to receive records that were requested weeks ago.

5. Therefore, Mr. Aguilar-Hernandez moves for a continuance of the trial in this case, and an exclusion of time pursuant to 18 U.S.C. § 3161(h)(7). Under Subsection (h)(7) of the Speedy Trial Act, the Court is to exclude from computation "[a]ny period of delay resulting from a continuance granted . . . at the request of the defendant or his counsel . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). In determining whether or not to make such a finding, the Court is to consider the following factors that are applicable in this case: (1) whether the failure to grant the continuance would "result in a miscarriage of justice," and (2) whether – considering the case as a whole – the failure to grant the continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B).

6. The reasons justifying the requested extension and continuance as outlined in *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) are as follows:

    a. Mr. Aguilar-Hernandez, not the government, is requesting the extension and continuance.  The government does not oppose a 45-day ends-of-justice continuance.

    b. The charge against Mr. Aguilar-Hernandez poses serious criminal and collateral consequences to him.  The requested additional time does not impair the fair administration of justice for the prosecution or the defense.

    c. The requested delay is not the result of dilatory conduct or intentional delay by the government.

    d. The requested exclusion from the speedy trial clock affords Mr. Aguilar-Hernandez and counsel the necessary time within which to investigate his defense and review and properly respond to continuing disclosures of discovery by the government.

7. Considering the factors outlined in *United States v. West*, 828 F.2d 1468, 146970 (10th Cir. 1987), Mr. Aguilar-Hernandez proffers the following:

    a. Diligence – undersigned counsel has been diligent in preparing this case.  Counsel has reviewed all disclosed discovery, conferred with the government regarding outstanding discovery requests, and undertaken investigation based on disclosed discovery.

    b. As addressed above, the requested additional time will be useful to, and essential for, the defense to effectively prepare and present challenges to the pending charge.

    c. Nothing is known or has been expressed to Mr. Aguilar-Hernandez or his counsel that will inconvenience the Co-Defendants or the government by the requested additional time.

    d. Mr. Aguilar-Hernandez contends that the additional time is essential for him to completely and effectively prepare for and present defense his defense at trial.

8. If the Court denies the request for a continuance, counsel will not be able to review all discovery and complete all necessary investigation between now and August 12, 2019, the current trial setting, especially in light of the fact that discovery is not complete.

WHEREFORE, Mr. Aguilar-Hernandez respectfully requests that the Court enter an order excluding 45 days in computing speedy trial limits in the above case, and to continue the trial date of August 12, 2019.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Jennifer_Beck@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2019, I filed the foregoing **UNOPPOSED MOTION FOR ENDS-OF JUSTICE CONTINUANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Rajiv Mohan, AUSA
    Email: Rajiv.Mohan@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Amilcar Aguilar-Hernandez    (via U.S. Mail)

    s/ Jennifer Beck
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Jennifer_Beck@fd.org
    Attorney for Defendant