IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00139-SKC-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  CARLOS ROBERT PEREZ-RODRIGUEZ,
    2.  DOUGLAS DANIEL AMAYA-ARRIAGA, AND
    **3.  AMILCAR ENRIQUE AGUILAR-HERNANDEZ.**

      Defendants.

---

## NOTICE OF DISPOSITION

---

AMILCAR ENRIQUE AGUILAR-HERNANDEZ, by and through counsel, Jennifer Beck, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government.  The defendant would request a change of plea hearing for the court to consider a proposed plea agreement. Given the recommendation from the government, and Mr. Aguilar-Hernandez's amount of presentence confinement credit, the parties request a change of plea hearing be set as soon as possible.

*/ / /*

Respectfully submitted this 30th day of July, 2019.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email: Jennifer_Beck@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2019, I filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Rajiv Mohan, AUSA
Email: Rajiv.Mohan@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Amilcar Aguilar-Hernandez          (via U.S. Mail)

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email: Jennifer_Beck@fd.org
Attorney for Defendant