IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Criminal Action: 19-mj-00139-SKC-3 | Date: September 3, 2019 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201 |
| Interpreter: Ellen Klaver | Probation: Kyla Hamilton |

| *Parties:* | *Counsel:* |
|---|---|
| USA, | Rajiv Mohan |
| Plaintiff, | |
| v. | |
| AMILCAR ENRIQUE AGUILAR-HERNANDEZ, | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: SENTENCING**
**Court in session: 03:35 p.m.**
Court calls case. Appearances of counsel.

Interpreter sworn.

Defendant is present in custody.

Argument given on sentencing.

Statement by defendant.

| | |
|---|---|
| 3:51 p.m. | COURT IN RECESS |
| 4:07 p.m. | COURT IN SESSION |

**ORDERED:** Defendant shall be **imprisoned for a term of TIME SERVED** as to Count One of the Information, no term of supervised release, no fine imposed.

Defendant shall pay **$25.00** (Special Assessment), to be paid immediately.

Defendant is advised of his right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

HEARING CONCLUDED.
**Court in recess: 04:12 p.m.**
Total time in court: 00:21

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.